AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Janet Hall | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No.   5:15-4194-RMG |
| Carolyn W. Colvin, Acting Commissioner of Social Security | ) |  |
| *Defendant* | ) |  |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The decision of the Commissioner is affirmed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, adopting the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Robin L. Blume
Date:   January 18, 2017                                           *CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*